IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROGER LEE DEAL, SR., )
 )
       Plaintiff, )
 )
   v. ) 1:13-CV-1033
 )
DOCTOR CHUNG, et al., )
 )
       Defendants. )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on June 19, 2014, was served on the plaintiff. (Docs. 6, 7.) No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that all claims against Inmate Billy are dismissed from the case under 28 U.S.C. § 1915A(b)(1), based on the plaintiff's failure to state a claim upon which relief can be granted as to Inmate Billy.

This the 11th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE